# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JIMMIE A. MOORE

VERSUS

NICOLETTE K. HIGHFILL

NO.   2024 CW 1055

**NOVEMBER 8, 2024**

---

In Re:    Nicolette K. Highfill, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202311939.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** This writ is granted for the limited purpose of remanding this matter to the trial court with instructions to set a hearing on the permanent injunction, as requested by the plaintiff, Jimmie A. Moore, on or before November 20, 2024. In all other respects, the writ is denied.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT